1  TODD A. HIGGINS, ESQ.
   *Admitted Pro Hac Vice*
2  Crosby & Higgins, LLP
   New York State Bar No. 4038949
3  477 Madison Avenue, 6th Floor
   New York, NY 10022
4  Telephone: 646-452-2304
5  Fax: 646-452-2301
   thiggins@crosbyhiggins.com
6

7  GARRY L. HAYES, ESQ.
   Nevada State Bar No. 1540
8  MARTIN L. WELSH, ESQ.
   Nevada State Bar No. 8720
9  LAW OFFICE OF HAYES & WELSH
   199 N. Arroyo Grande Blvd., Suite 200
10 Henderson, Nevada 89074
   Phone: 702-434-3444
11 Fax: 702-434-3739
12 mwelsh@lvlaw.com; L.finchio@nevlaw.com
   *Attorneys for Defendant/Counterclaimant,*
13 *MYSTICAL DISTRIBUTING CO., LTD.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVERGREEN RESEARCH AND MARKETING, LLC, a California limited liability company, | Case No.: 2:15-cv-00318-JAD-PAL |
| Plaintiff, | **INTERIM STATUS REPORT** |
| v. | |
| MYSTICAL DISTRIBUTING CO., LTD., a Canadian limited partnership, and DOES 1-10, inclusive, | |
| Defendants. | |
| MYSTICAL DISTRIBUTING CO., LTD., a Canadian limited partnership, | |
| Counterclaimant, | |
| v. | |

1

EVERGREEN RESEARCH AND MARKETING, LLC, a California limited liability company,

          Counterdefendant.

On July 31, 2015, a telephonic conference was held between counsel for Plaintiff/Counterdefendant, EVERGREEN RESEARCH AND MARKETING, LLC and counsel for Defendant/Counterclaimant, MYSTICAL DISTRIBUTING CO., LTD., regarding the Interim Status Report pursuant to Local Rule 26-3.

During the telephonic conference, the parties agreed that it is premature at this time to address the issues required by Local Rule 26-3. Discovery is progressing but the parties are unable to provide the time estimated for trial, or three alternative dates for trial, or whether or not trial will be proceeding or affected by substantive motions. The parties have entered into a Stipulation to Extend Discovery to allow the parties reasonable time and opportunity to conduct and complete meaningful discovery and dispositive motions.

As set forth in detail in the Stipulation to Extend Discovery, several factors have resulted in delay in conducting discovery which necessitate extending all discovery and motion deadlines. Those factors include, but are not limited to, 1) the existence of a Motion for Leave to File a First Amended Complaint, the hearing of which is not set until August 31, 2015 and which may or may not be granted; 2) document production that has taken more time than anticipated; and 3) the Parties' desire to explore negotiated settlement and the consequent need to control litigation costs.

…

…

…

2

Therefore, the Parties respectfully request that this Court continue the date for the filing of the Interim Status Report required by Local Rule 26-3 to September 30, 2015 or thereafter.

Dated this 5th day of August, 2015

CROSBY & HIGGINS

 /s/Todd A. Higgins
TODD A. HIGGINS, ESQ.
*Admitted Pro Hac Vice*
477 Madison Avenue, 6th Floor
New York, NY  10022

LAW OFFICE OF HAYES & WELSH

 /s/Martin L. Welsh
MARTIN L. WELSH, ESQ.
Nevada Bar No. 8720
199 N. Arroyo Grande Blvd., Ste. 200
Henderson, NV  89074
*Attorneys for Defendant/Counterclaimant,
MYSTICAL DISTRIBUTING CO., LTD.*

Dated this 5th day of August, 2015

GORDON & REES LLP

 /s/William M. Rathbone
WILLIAM M. RATHBONE, ESQ.
*Admitted Pro Hac Vice*
101 W. Broadway, Ste. 2000
San Diego, CA  92101

  /s/Robert S. Larsen
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
3770 Howard Hughes Pkwy., Ste. 100
Las Vegas, NV  89169
*Attorneys for Plaintiff/Counterdefendant,
EVERGREEN RESEARCH AND MARKETING, LLC*

   **IT IS ORDERED** that the parties shall have until September 20, 2015, in which to file an interim status report.

   **IT IS FURTHER ORDERED** that the parties shall comply with the requirements of LR 6-2 governing the required form of order for stipulations, *ex parte*, or unopposed motions in any future application for relief from the court.

   DATED this 10th day of August, 2015.

Peggy A. Leen
United States Magistrate Judge

3