ROBERT S. LARSEN, ESQ. (NBN: 7785)
rlarsen@gordonrees.com
KIMBERLY M. HOWATT (NSN: 7032)
khowatt@gordonrees.com
3770 Howard Hughes Pkwy., Ste. 100
Las Vegas, NV 89169
Tel (702) 577-9300/ Fax (702) 255-2858

WILLIAM M. RATHBONE (CSBN: 95864) (admitted Pro Hac Vice)
wrathbone@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Tel (619) 696-6700 / Fax (619) 696-7124

Attorneys for Plaintiff and Counter-Defendant
EVERGREEN RESEARCH AND MARKETING, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| EVERGREEN RESEARCH AND MARKETING, LLC, A California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MYSTICAL DISTRIBUTING CO., LTD, a Canadian limited partnership, and DOES 1-10, inclusive,<br><br>Defendants.<br><hr>MYSTICAL DISTRIBUTING CO., LTD., a Canadian limited partnership,<br><br>Counter-Claimant,<br><br>vs.<br><br>EVERGREEN RESEARCH AND MARKETING, LLC, a California limited liability company,<br><br>Counter-Defendant. | CASE NO. 2:15-cv-00318-JAD-PAL<br><br>*Complaint Filed: 02/23/15*<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL AND ORDER** |

Pursuant to Federal Rules of Civil Procedure 41 and L.R. 7-1, Plaintiff Evergreen Research and Marketing, LLC ("Evergreen") and Defendant Mystical Distributing Co., Ltd. ("Mystical"), through undersigned counsel, have entered into a settlement agreement which has

fully resolved this action and agree and stipulate to dismissal with prejudice of the above entitled action, in its entirety, without assessment by the Court of costs or attorneys' fees to either party.

Dated: December 15, 2015          GORDON & REES LLP


By: /s/ William M. Rathbone
William M. Rathbone (*admitted Pro Hac Vice*)
Counsel for Evergreeen
101 W. Broadway, Suite 2000
San Diego, CA 92101
Phone: (619) 696-6700
Fax: (619) 696-7124
wrathbone@gordonrees.com

Dated: December 15, 2015          CROSBY & HIGGINS, LLP


By: /s/ Todd A. Higgins
Todd A. Higgins (*admitted Pro Hac Vice*)
Counsel for Mystical
477 Madison Avenue, 6th Floor
New York, NY 10022
Phone: 646-452-2304
Fax: 646-452-2301
thiggins@crosbyhiggins.com

**ORDER**

IT IS SO ORDERED

_____
United States District Judge

Dated: December 16, 2015